IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CURTIS EVANS                                                                                           PLAINTIFF

V.                                                           CIVIL ACTION NO. 4:16-CV-00084-DMB-DAS

MARSHALL FISHER, ET AL.                                                                      DEFENDANTS

ORDER

This matter comes before the court upon the plaintiff's "Motion to Order Complete Transcript from the Court Reporter," in which he requests the "complete transcript" of this case. *See* Doc. #73. The plaintiff does not provide any reason for this request, but does reference the Federal Rules of Appellate Procedure. *Id.* The court may order printing of the record on appeal, including transcripts, if the transcript is required by the appellate court. *See* 28 U.S.C. § 1915(c). The court notes, however, that no appeal from an order of this case is currently pending. Moreover, the plaintiff voluntarily dismissed the instant case on November 1, 2017, and he has taken no further action since that date. Accordingly, the court finds that the motion [73] is not well-taken and, is therefore, **DENIED**.

**SO ORDERED**, this the 27th day of January, 2020.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE